In the Matter of MATTHEW P. CORNELIA, Individually and as Parent of MICHAEL CORNELIA, an Infant, Respondent, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF GREECE, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.